# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:09-CR-223-T-30EAJ

**PRUDENCIO PANAMENO-RAMOS, et al.**
_____/

## ORDER

Pending before the Court is Defendant Panameno-Ramos's Motion to Dismiss Indictment and Request for Oral Argument (Dkt. #31), which has been adopted[1] by co-defendants Eduardo Rodriguez-Renteria, William Parra Suarez and Carlos Cordobo-Rodriguez. The Government has responded. (Dkts. #38, 39, 40).

The Court notes that the Honorable Elizabeth Kovachevich, in case number 8:09-cr-5-T-17EAJ, denied the exact same motion to dismiss in an Order entered April 2, 2009, at Dkt. #41 in that case. After careful review, the Court adopts the analysis and reasoning of Judge Kovachevich and likewise finds the statute at issue in this case free from the constitutional infirmities raised by Defendants. Accordingly, Defendant Panameno-Ramos's Motion to Dismiss Indictment (Dkt. #31) is DENIED. The request for oral argument is DENIED as unnecessary.

**DONE** and **ORDERED** in Tampa, Florida on July 9, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2009\09-cr-223.dismiss 31.wpd

---

[1] See Dkts. #32, 35, 36, 37, 41, 42.